# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

**SC**

**CV 07    5802**

| | |
|---|---|
| CHARLES GILCHRIST AND MATTHEW B. HALLINAN, in their capacities as Trustees of APARTMENT EMPLOYEES PENSION TRUST and APARTMENT EMPLOYEES WELFARE FUND, | No. |
| Plaintiffs, | **COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, BREACH OF FIDUCIARY DUTY, AND AUDIT (ERISA 29 U.S.C. §1001, et seq., 29 U.S.C. §185)** |
| v. | |
| ABLE BUILDING MAINTENANCE CO., a California Corporation, | |
| Defendant. | |

# COLLECTIVE BARGAINING AGREEMENT

## BETWEEN

## ABLE BUILDING MAINTENANCE CO.

## AT PARK MERCED APARTMENTS

## AND

## SERVICE EMPLOYEES

## UNION LOCAL 1877, AFL-CIO

### EFFECTIVE JULY 29, 1999 - DECEMBER 30, 2001

EXHIBIT A        1

# TABLE OF CONTENTS

SECTION 0.    GENERAL INFORMATION _____ 7

  0.1  Duration of Contract ................................................................................7
  0.2  Parties to the Agreement ..........................................................................7
  0.3  Intent .........................................................................................................7

SECTION 1.    RECOGNITION _____ 8

  1.1  Bargaining Representative .........................................................................8
  1.2  Strikes and Work Stoppages......................................................................8
  1.3  Discrimination............................................................................................8

SECTION 2.    UNION MEM... _____ 8

  2.1  Membership a...........................................................................................8
  2.2  Discharge ..................................................................................................8
  2.3  Recog.................................................................s ......................................8
  2.4  Vi............................................................................................................9
  2.5  ................................................................................................................9
      .................................................................................................................9
      .................................................................................................................9
      .................................................................................................................9

SECTION 3.    _____ 9

  3.1  S.............................................................................................................9

SECTION 4.    h. _____ 10

  4.1  Filling of .................................................................................................10
  4.2  Good Chara...........................................................................................10
  4.3  Probation Peri........................................................................................10
  4.4  Employer Sole J....................................................................................10

SECTION 5.    SENIORITY _____ 10

  A.  SENIORITY DEFINED ................................................................10
      5.1  Definition .........................................................................................10

  B.  AN EMPLOYEE SHALL CONTINU... ....................................RING: .........11
      5.2  Periods of Absence for Worker's ......................................................11
      5.3  Reinstatement after Termination......................................................11
      5.4  Other Authorized Reasons ................................................................11

  C.  LAYOFF AND RECALL .............................................................11
      5.5  Layoffs ..............................................................................................11

  D.  NOTICE OF LAYOFF................................................................11
      5.6  Notice Requirements and Pay in the Event of Layoff........................11

2

E.  RECALL .................................................................................................................. 11
   5.7  Notice Requirements for Recall ........................................................................ 11

F.  CONSIDERATIONS FOR FILLING VACANT POSITIONS ............................... 11
   5.8  Considerations ..................................................................................................... 11

G. PROMOTIONS/TRANSFERS .................................................................................. 12
   5.9  Considerations ..................................................................................................... 12


SECTION 6.    VACATIONS _____ 12

   6.1  Vacation- Years One (1) through Four (4) .......................................................... 12
   6.2  Vacation- Years Five (5) through Nine (9) ......................................................... 12
   6.3  Vacation- Years Ten (10) through Twenty-Four (24) ......................................... 12
   6.4  Vacation- Years Twenty-Five (25+) or More ..................................................... 12
   6.5  Pro-Rated Vacation in the Event of Termination .............................................. 12
   6.6  Allowable Vacation Periods ............................................................................... 12
   6.7  Absence from Service .......................................................................................... 12
   6.8  Change in Ownership ........................................................................................... 13
   6.9  Severance of Employment Relations ................................................................... 13
   6.10 Vacation in Excess of Contract .......................................................................... 13
   6.11 When Vacation Pay is to be Paid / Shift Differential ........................................ 13
   6.12 Vacation Without Interruption / Call Back Pay ................................................. 13
   6.13 Holidays During Vacation ................................................................................... 13


SECTION 7.    HOLIDAYS _____ 14

   7.1  Holidays Observed ............................................................................................... 14
   7.2  Federal Observance Takes Precedence ............................................................... 14
   7.3  Eligibility ............................................................................................................. 14
   7.4  Pay Rate for Holiday's When it Falls on a 6th Consecutive Day ....................... 14


SECTION 8.    SICK LEAVE _____ 14

   8.1  Rate at Which Leave is Earned ........................................................................... 14
   8.2 When Sick Leave is Payable ................................................................................ 15
   B. Sick leave will be payable to the Employee on the first day an Employee is sick or hospitalized. Such
   sick leave with pay shall be applicable only in cases of bona fida illness or accident. ................... 15
   8.3  Payable for Regularly Scheduled Workdays ...................................................... 15
   8.4  Sick Pay for Regular Part-Time Employees ....................................................... 15
   8.5  Unused Sick Pay .................................................................................................. 15
   8.6  Integration with Disability and Worker's Compensation ................................... 15
   8.7  Verification ........................................................................................................... 15
   8.8  False Claims ......................................................................................................... 15
   8.9  Purpose of Sick Leave Benefits .......................................................................... 15


SECTION 9.    WELFARE FUND, PENSION TRUST, INDUSTRY STABILIZATION
              FUND AND RETIREMENT SAVINGS PLAN _____ 16


A.  WELFARE FUND .................................................................................................... 16
   9.1  Purpose of the Welfare Fund .............................................................................. 16
   9.2  Welfare Fund Contribution in Dollars ............................................................... 16
   9.3  Payment ................................................................................................................ 16
   9.4  Administration ..................................................................................................... 16

B.  PENSION TRUST ..................................................................................................... 16

9.5   Purpose of the Pension and Trust Fund ........................................................16
9.6   Pension and Trust Fund Contribution in Dollars ........................................16
9.7   Payment ......................................................................................................17

C.   **INDUSTRY STABILIZATION FUND** ..............................................................17
9.8   Purpose of the Fund ...................................................................................17
9.9   Employer Contributions .............................................................................17
9.10  Payments to the Fund .................................................................................17
9.11  Payment to the Apartment Employers' Council ..........................................17
9.12  Cost to Maintain the Council .....................................................................17
9.13  Hold Harmless ...........................................................................................17

D.   **REGULATIONS APPLICABLE TO THE WELFARE FUND, PENSION TRUST, AND INDUSTRY STABILIZATION FUND** ................................................................17
9.13  Hours Considered for Computing Contributions .........................................18
9.14  Contributions During Sick Leave ...............................................................18
9.15  Change of Ownership .................................................................................18
9.16  401k-Type Retirement Savings Plan ...........................................................18

**SECTION 10.      PART-TIME, RELIEF AND CASUAL EMPLOYEES _____ 18**
10.1  Regular Part-Time Employee Defined .........................................................18
10.2  Relief Employee Defined ............................................................................18
10.3  Casual Employee Defined ...........................................................................18
10.4  Holiday Pay ................................................................................................18
10.5  Additional Available Hours ........................................................................18
10.6  Emergency Relief ........................................................................................19

**SECTION 11.      DEFINITIONS OF CLASSIFICATIONS _____ 19**
11.1  "Premises" ..................................................................................................19
11.2  "Appurtenances" .........................................................................................19
11.3  "Clean" .......................................................................................................19
11.4  "Services Performed by Contractors" ..........................................................19
11.5  "HANDYMAN" ...........................................................................................19
11.6  "JANITOR" .................................................................................................19
11.7  "HEAD DOORMAN" ..................................................................................20
11.8  "DOORMEN" ..............................................................................................20
11.7  Emergencies ...............................................................................................20
11.8  Performance of Janitorial Duties by Doormen ...........................................20

**SECTION 12.  RATES OF PAY _____ 20**

A.   **RATES OF PAY SHALL BE:** ..........................................................................20
12.18  6:00 p.m. to 6:00 a.m. Pay Premium .........................................................21

B.   **BEGINNERS' RATES OF PAY** ........................................................................21
12.19  Beginners' Rates of Pay ............................................................................21
12.20  Beginners' Rates of Pay Exception ............................................................21

C.   **HANDYMEN PREMIUM PAY ELIGIBILITY** .................................................21
12.21  Handymen Premium Pay ...........................................................................21

D.   **PAYDAYS** .......................................................................................................21
12.22  Regular Pay Periods ..................................................................................22
12.23  Pay Upon Termination or Layoff ..............................................................22
12.24  Pay by Mail ..............................................................................................22

**SECTION 13.     WORK DAY, WORK WEEK, HOURS AND OVERTIME _____ 22**

   **A.   WORK DAY** ...........................................................................................................22
      13.1  Eight (8) Hour Work Day ..............................................................................22
      13.2  Six (6) Hour Work Day for Maids ..................................................................22
      13.3  Four (4) Hour Work Day-Short Shift .............................................................22
      13.4  Day's Work Defined .....................................................................................22
      13.5  Concessionaire- to be limited to Four (4) Consecutive Hours .........................22
      13.6  Resident Handyman & Janitor to Work No Later than 5:00pm .........................22

   **B.   WORK WEEK** .......................................................................................................22
      13.7  Work Week Defined......................................................................................22

   **C.   SHORT SHIFT** ....................................................................................................23
      13.8  Short Shift Defined ......................................................................................23

   **D.   SPLIT SHIFT** .......................................................................................................23
      13.9  Split Shift ....................................................................................................23

   **E.   NIGHT SHIFT** .....................................................................................................23
      13.10 Night Shift Defined .....................................................................................23

   **F.   WORK SCHEDULE** .............................................................................................23
      13.11 Work Schedule Defined ...............................................................................23

   **G.   OVERTIME** .........................................................................................................23
      13.12 Overtime Defined ........................................................................................23
      13.13 Overtime Four (4) Hour Minimum Pay .........................................................24
      13.14 Overtime Eight (8) Hour Pay Requirement ...................................................24

   **H.   MINIMUM CALL** ................................................................................................24
      13.15 Required Notice ..........................................................................................24
      13.16 Pay Requirement when Employer requests an Employee Report for Work .........24
      13.17 Combination Job Defined .............................................................................24

**SECTION 14.     LUNCH AND REST PERIODS _____ 24**

   **A.   LUNCH PERIODS** ...............................................................................................24
      14.1  Lunch Periods..............................................................................................24

   **B.   REST PERIODS** ..................................................................................................25
      14.2  Rest Periods ................................................................................................25

**SECTION 15.     LEAVES OF ABSENCE _____ 25**

   **A.   UNPAID LEAVE** .................................................................................................25
      15.1  Leaves of Absence .......................................................................................25

   **B. SENIORITY VACATION LEAVES OF ABSENCE** ..................................................25
      15.2  Seniority Leaves...........................................................................................25

   **C.   JURY DUTY** .......................................................................................................25
      15.3  Pay Requirements ........................................................................................25
      15.4  Schedule Requirements ................................................................................25
      15.5  Hardship .....................................................................................................26

   **D.   BEREAVEMENT LEAVE** .....................................................................................26
      15.6  Death in the Immediate Family .....................................................................26

## SECTION 16.  GENERAL PROVISIONS _____ 26

   16.1  Uniforms and Laundry ............................................................................. 26
   16.2  Dressing Rooms or Lockers ................................................................... 26
   16.3  Break Room ........................................................................................... 26
   16.4  Work Rules ............................................................................................. 26
   16.5  Concessions ........................................................................................... 26
   16.6  Breakage ............................................................................................... 26
   16.7  Sub-Contracting ..................................................................................... 27
   16.8 Acts of God ............................................................................................. 27
   16.9  Wages Paid Above Scale ....................................................................... 27
   16.10  Employee Handling of Funds ................................................................. 27
   16.11  Fidelity Bonds ........................................................................................ 27

## SECTION 17.    GRIEVANCES, DISCHARGE AND RETIREMENT _____ 27

  **A.**  **GRIEVANCES** ............................................................................................... 27
   17.1  Referral to a Board of Adjustment .......................................................... 27
   17.2 30-Day Limit ............................................................................................. 27
   17.3 Impartial Arbitrator .................................................................................. 28
   17.4  Precedence Setting ................................................................................ 28

  **B.**  **DISCHARGE** ................................................................................................. 28
   17.5  In the Event of Discharge ....................................................................... 28
   17.6  Notice Requirements For Terminations .................................................. 28

  **C.**  **RETIREMENT** ............................................................................................... 28
   17.7  Employee retirement ............................................................................... 28

## SECTION 18.    SAVINGS CLAUSE _____ 29

   18.1  Savings Clause ....................................................................................... 29

## SECTION 19.    LABOR MANAGEMENT COMMITTEE _____ 29

   19.1  Establishment of a Labor Management Committee ................................. 29

## SECTION 20.    MANAGEMENT RIGHTS _____ 30

   20.1  Management Rights Clause ..................................................................... 30
   21.1  Term of Agreement ................................................................................. 30

## Section 0.    GENERAL INFORMATION

**ABLE BUILDING MAINTENANCE CO.
AT PARK MERCED APARTMENTS
AND SERVICE EMPLOYEES UNION, LOCAL 1877**

## AGREEMENT

**0.1    Duration of Contract**

July 29, 1999 to December 30, 2001

**0.2    Parties to the Agreement**

AGREEMENT, by and between the <u>ABLE BUILDING MAINTENANCE CO</u>. at Park Merced Apartments, *party of the first part*, on behalf of the maintenance persons and janitors working at Park Merced Apartments, hereinafter referred to as the "Employer", and the <u>SERVICE EMPLOYEES' UNION, LOCAL 1877</u>, affiliated with the Service Employees International Union, AFL-CIO, *party of the second part*, hereinafter referred to as the "Union", acting on behalf of the Employees in the classifications specified in Section 11. below.

**0.3    Intent**

It is the intent of the parties to this agreement that all Employees, Union Representatives, Owners and Managers treat each other with dignity, respect, courtesy and trust, and that these principles shall apply in all dealings with residents and guests. It is the intent of the parties that the provisions of this Agreement further these goals.

# Section 1.     RECOGNITION

### 1.1     *Bargaining Representative*

The Employer recognizes the Union as the exclusive collective bargaining representative for all employees under the jurisdiction of the Union in the classifications hereinafter specified, who are employed at Park Merced Apartments .

### 1.2     *Strikes and Work Stoppages*

During the term of this Agreement, the Union agrees that its members will not engage in nor will the Union authorize or condone a strike or stoppage of work, and provide further, the observance of a bonafide picket line of another labor organization (sanctioned by the San Francisco Labor Council) by an individual member of the Union shall not constitute a breach of this Agreement.  The Employer agrees not to engage in any lockouts.

### 1.3     *Discrimination*

There shall be no discrimination by the Employer or by the Union against employees on account of union membership or union activities.  Neither the Employer or the Union shall discriminate against any employee or applicant for employment on account of race/color, national origin/ancestry, sex, religious creed, age, mental or physical disability, veteran status, medical condition, marital status, or sexual orientation.

# Section 2.     UNION MEMBERSHIP

### 2.1     *Membership as a Condition of Employment*

Membership in the Union on or after thirty-one (31) days following the beginning of employment or the effective date of this Agreement, whichever is later, shall be a condition of employment to the extent consistent with the law.

### 2.2     *Discharge for Failure to Join the Union*

Upon satisfactory proof from the Union, the Employer agrees to discharge any Employee who fails to make application for and complete membership in the Union or, alternatively, fails to tender initiation fees and dues uniformly required as a condition of acquiring or retaining membership.

### 2.3     *Recognition of Shop Stewards and Regional Shop Stewards*

The Employer will recognize Shop Stewards and Regional Shop Stewards, designated as such in writing by the Union, as representatives of the Union for the purpose of presenting the Union's interpretation of the contract on a day-to-day basis. Only such Stewards so designated by the Union in writing shall have the authority to act as Shop Stewards.  Union activities shall not interfere with their regular job duties except as mutually agreed between the Stewards and the Employer.

**2.4**  **Visitation by Union Representatives**

Duly authorized representatives of the Union, not to exceed two (2) who shall show their credentials to the Employer or his representative prior to each visit, shall be permitted to visit the building, for the purpose of observing conditions under which the Employees are working and to see that conditions of this Agreement are being observed; provided, however, that such visits shall be made in the Employee's quarters whenever possible, or in some quarters within the building designated by the Owner, Manager or Agent. Such visits shall not be made at unreasonable hours nor interfere with the proper conduct of business or the performance of work. The Employer agrees to cooperate in arranging such visits.

**2.5**  **Bulletin Board**

When there are five (5) or more Employees in a building, the Employer shall provide a bulletin board, conveniently located for the use of the Union in posting notice of official business of the Union. The Union agrees that it will not distribute handbills, posters or other literature pertaining to the affairs of the Union within the building.

**2.6**  **Dues Collection**

(1)  Subject to receipt of a signed request and authorization from an Employee, the Employer agrees to deduct union dues and initiation fees from the Employee's pay, and shall monthly remit such amounts to the Union. This shall be done the first payroll of every month. The authorization form shall be mutually agreed upon by the Employer and the Union.

**2.7**  **Dues Check Off Form**

(2)  A copy of the Dues Check Off Form is contained in Appendix A.

**2.8**  **Hold Harmless**

The Union shall indemnify, defend and hold the Employer harmless against any and all claims, demands, suits or other forms of liability against the Employer in reliance upon payroll deduction authorization cards submitted to the Employer.

# Section 3.    SALE OF PROPERTY

**3.1**  **Sale of Property**

In the event any building covered by this Agreement is sold, leased, or transferred to another employer or merges with another corporation, the Union shall be notified of the sale or lease or merger and the Employer shall make all payments required under the terms of this collective bargaining agreement for wages, vacations, welfare and pension payments due up to and including the date of such sale, lease or merger. The Union binds itself to hold this Agreement in force to its termination and agrees that no part to this Agreement shall be assigned to any labor organization other than the Union party hereto, without the consent of the Employer party hereto, or the signator Employer as defined above.

## Section 4.    HIRING

### 4.1    Filling of Vacancies and New Positions

In the filling of vacancies or new positions and in the employment of extra help, the Employer agrees to give preference of employment to members of the Union in good standing to the extent permissible under the law and to apply to the Union for such members; provided, however, that applicants for employment shall be sent to the Employer for interview prior to employment, and that the Employer shall have the right of selection from all available Union members. If the Union is unable to furnish help satisfactory to the Employer within forty-eight (48) hours from time of notification by the Employer (Saturdays, Sundays and holidays excepted), the Employer may hire outside the Union. The Employer shall furnish the Union within forty-eight (48) hours after employment of any Employee, his or her name and date of employment.

### 4.2    Good Character, Training, and Prescreening Employees

The Union and the Employer agree that it is to the benefit of both parties that only qualified, responsible individuals of good character assume any vacant position. To this end the Union agrees that whenever possible to only dispatch workers that are trained and prescreened by a representative of the Apartment Employers' Council. The Union will not continue to dispatch any employee to the Employer deemed to be unsuitable by the Employer provided that the Employer notifies the Union in writing of such.

### 4.3    Probation Period for New Employees

The Employees hired after the ratification of this agreement shall be on probation for the first ninety (90) calendar days of employment. New Employees terminated by the Employer during the ninety (90) day probationary period shall not be subject to the grievance procedure contained in Section 17 herein. Wages and other working conditions in the contract shall apply to Employees during the probationary period.

### 4.4    Employer Sole Judge of Qualifications

The Employer shall be the sole judge of the qualifications, competency and fitness in the hiring of all new Employees.

## Section 5.    SENIORITY

## A.    SENIORITY DEFINED

### 5.1    Definition

Seniority shall be defined as the length of the most recent period of continuous service with the building or complex. Seniority shall be expressed in terms of years, months and days. Seniority shall accrue for regular employees within a given classification of work. If two or more Employees are employed within the same classification on the same day, seniority between such Employees shall be based on merit and ability according to their employment record.

10

**B.    AN EMPLOYEE SHALL CONTINUE TO ACCUMULATE SENIORITY DURING:**

**5.2    *Periods of Absence for Worker's Compensation***

(1)    Periods of absence of not more than six (6) consecutive months due to bonafide illness, injury or due to Workers' Compensation.

**5.3    *Reinstatement after Termination***

(2)    Any period in which an Employee has been terminated and is subsequently reinstated, unless modified pursuant to the terms of the Grievance Procedure.

**5.4    *Other Authorized Reasons***

(3)    Leaves of absence of not more than six (6) months for other reasons authorized by the Employer.

**C.    LAYOFF AND RECALL**

**5.5    *Layoffs***

In case it shall become necessary for an Employer to layoff one or more employees, seniority shall apply, merit and ability being equal, within the classifications in the same building or complex.    When the work force is increased within the classification, employees on layoff shall be recalled in order of their job classification. Thus the last Employee laid off within the classification shall be the first Employee rehired.

**D.    NOTICE OF LAYOFF**

**5.6    *Notice Requirements and Pay in the Event of Layoff***

When an employee is laid off, the Employer shall give the employee seven (7) days notice in writing or one (1) week's pay in lieu thereof.

**E.    RECALL**

**5.7    *Notice Requirements for Recall***

Regular Employees who have been laid off for more than thirty (30) consecutive days shall be notified by the Employer at least forty-eight (48) hours before they are scheduled to return to work, unless such notice is waived by the Employee.

**F.    CONSIDERATIONS FOR FILLING VACANT POSITIONS**

**5.8    *Considerations***

The Employer will set the qualifications for a particular job based on business needs. Such qualifications will be set forth in writing.    Current Employees may bid for vacant positions and scheduled shifts (which include days off).    The Employer will make the decision based upon seniority along with qualifications, merit, and ability, in accordance with their employment record (barring a bad employment record, the senior employee gets the job).    There shall be no bumping.

## G.    PROMOTIONS/TRANSFERS

### 5.9    *Considerations*

In the event that an employee, within sixty (60) calendar days of his/her promotion, transfer or filling a vacancy as described above, desires to return to his/her former job classification or is deemed not qualified to hold the new position, he shall be returned to his formere classification at the then current wage scale for the job classification without loss of seniority.

An employee promoted or transferred to a new position within the complex of the bargaining unit who desires to return to his former job classification shall notify the Employer within sixty (60) days. The Employer must arrange for a replacement for another sixty days for a total of one hundred twenty (120) days before returning the Employee to his former classification.

# Section 6.    VACATIONS

### 6.1    *Vacation- Years One (1) through Four (4)*

A.    All employees shall be entitled to at least two (2) week's vacation with pay once each year, provided that such employee shall have been in the service of the Employer continuously for not less than one (1) year at the time vacation is granted.

### 6.2    *Vacation- Years Five (5) through Nine (9)*

B.    All employees who have been in the service of the Employer continuously for five (5) years or more shall be entitled to three (3) weeks' vacation with pay once each year.

### 6.3    *Vacation- Years Ten (10) through Twenty-Four (24)*

C.    All employees who have been in the service of the Employer continuously for ten (10) years or more shall be entitled to four (4) weeks' vacation with pay once each year.

### 6.4    *Vacation- Years Twenty-Five (25+) or More*

D.    All employees who have been in the service of the Employer continuously for twenty-five (25) years or more shall be entitled to five (5) weeks' vacation with pay once each year.

### 6.5    *Pro-Rated Vacation in the Event of Termination*

E.    Any employee whose employment terminates after six (6) months or more of service shall be given prorated vacation pay.

### 6.6    *Allowable Vacation Periods*

F.    Vacations shall be granted by the Employer between April 1st and October 1st except such other vacation periods that may be agreed upon between the Employer and the employee affected. Vacation choices shall be determined by seniority.

### 6.7    *Absence from Service*

G.    Absence from service of not more than sixty (60) calendar days because of illness, temporary layoff or leave of absence shall not interrupt the continuity of employment

for the purpose of this section. In the event of such absence of more than sixty (60) calendar days, the pay for the vacation period shall be prorated on the basis of actual weeks worked.

### 6.8    Change in Ownership

H.    In the event of a change of ownership, the former owner shall be obligated to provide his prorata of vacation or vacation pay and the new owner shall likewise provide his prorata vacation or vacation pay for the current year but shall not be required to assume any further obligation arising prior to said change of ownership. The service record of employees for the purpose of vacations shall not be broken by reason of change of ownership of a building covered by this Agreement.

### 6.9    Severance of Employment Relations

I.    Severance of employment relations shall not disentitle an employee to vacation with pay when he is entitled thereto under this Agreement.

### 6.10    Vacation in Excess of Contract

J.    Any employee receiving vacation with pay in excess of those contained in this Agreement shall not have such vacation privilege reduced.

### 6.11    When Vacation Pay is to be Paid / Shift Differential

K.    All employees shall receive their full vacation pay prior to going on vacation, at the rate in effect at the time vacation is taken, including the shift differential if applicable.

### 6.12    Vacation Without Interruption / Call Back Pay

L.    All employees shall be entitled to their full vacation period without interruption. Any employee called back to work prior to the completion of his or her vacation shall receive time and one-half his regular rate of pay in addition to his vacation pay for the time he is required to work during his vacation.

### 6.13    Holidays During Vacation

M.    In the event that any of the holidays named herein occur during an employee's vacation period, such employee shall be entitled to take an additional day's vacation for such holiday with pay or an additional day's pay in lieu of, at the option of the Employer.

## Section 7.        HOLIDAYS

### 7.1    Holidays Observed

A.    The following days shall be observed as paid holidays:  New Year's Day, Martin Luther King's Birthday (3rd Monday in January), President's Day,  Memorial Day, Independence Day, Labor Day, Veteran's Day, Thanksgiving Day, the day after Thanksgiving, Christmas Day and the individual Employee's Birthday.  If a holiday falls on Sunday, it shall be observed on the following Monday.  It is understood that on holidays, the Employer shall be permitted to designate the Employees to be off.  Employees shall be rotated to provide all Employees an equal opportunity to enjoy holidays.  An Employee whose regular day off falls on a holiday shall be granted an additional day off during the ensuing fourteen (14) days or he shall receive pay in lieu thereof at the Employee's regular rate of pay.  In the event an Employee's shift falls within two calendar days, the holiday observance shall be on the shift in which the majority of hours are scheduled.

### 7.2    Federal Observance Takes Precedence

B.    When any of the holidays are observed by the State and Federal Governments on different days, the Federal declaration shall take precedence and such day shall be observed as the holiday under the terms of this Agreement, except December 25th, which will always be observed on the day it occurs.

### 7.3    Eligibility

C.    In order to be eligible for holiday pay, an Employee must work or be off according to his regular schedule on the last regular work day immediately prior to a holiday and on the first regular work day immediately following that holiday, unless the Employee can show a justifiable excuse for his absence to his/her Employer. An Employee who fails to report as scheduled for work on a holiday shall forfeit his holiday pay.

### 7.4    Pay Rate for Holiday's When it Falls on a 6th Consecutive Day

D.    Employees required to work on the sixth (6th) consecutive day in any one week and when that sixth (6th) day falls on a holiday the Employee will be paid two-and-one-half (2 1/2) times his regular salary.

## Section 8.        SICK LEAVE

### 8.1    Rate at Which Leave is Earned

A.    In the case of a bonafide illness or injury an employee shall be entitled to twelve (12) days' sick leave with pay each year.  Sick leave shall be accumulative on the basis of one (1) day's sick leave for each month an employee has been in the employ of the Employer, not to exceed twelve (12) days for any one employment year.

### 8.2    *When Sick Leave is Payable*

B.    Sick leave will be payable to the Employee on the first day an Employee is sick or hospitalized.  Such sick leave with pay shall be applicable only in cases of bona fida illness or accident.

### 8.3    *Payable for Regularly Scheduled Workdays*

C.    Sick leave is specifically payable for regularly scheduled workdays only, at the Employee's straight-time rate of pay.

### 8.4    *Sick Pay for Regular Part-Time Employees*

D.    Regular Part-Time Employees who work less that twenty (20) hours a week shall be eligible for pro-rata sick pay.

### 8.5    *Unused Sick Pay*

E.    All Employees shall accrue sick pay up to a maximum of thirty (30) days.

### 8.6    *Integration with Disability and Worker's Compensation*

F.    In cases where an Employee is eligible to receive disability benefit payments either under California Unemployment Insurance Code or comparable voluntary disability insurance plan, the Employee shall apply for and receive his/her full disability payment.  The sum of each disability benefit payment plus sick leave pay shall equal but not exceed the Employee's regular rate of pay.  In applying this provision, the Employer shall pay its portion of the amount due the Employee for each day so that together with the Employee's full disability benefit payment shall equal the Employee's regular rate of pay.

The same method of integration shall apply in cases of worker's compensation insurance benefits.

### 8.7    *Verification*

G.    An Employer may require a doctor's certificate or other reasonable proof of illness if the sick leave extends beyond three (3) working days, or if the Employer has reasonable doubt as to the validity of the employee's illness such proof may be requested on the first day of illness.

### 8.8    *False Claims*

H.    Any Employee accepting or claiming benefits under this Section by reason of false statements or documents shall be subject to discipline up to and including termination.  Any Employee on paid sick leave for a particular shift from one Employer and working for another Employer on that same shift shall be considered in violation of this provision and subject to immediate termination.

### 8.9    *Purpose of Sick Leave Benefits*

I.    Sick leave benefits are only intended to be a protection against income loss while ill or disabled.  There will be no compensation for unused sick leave at the termination of employment.

## Section 9.    WELFARE FUND, PENSION TRUST, INDUSTRY STABILIZATION FUND AND RETIREMENT SAVINGS PLAN

**A.    WELFARE FUND**

**9.1    Purpose of the Welfare Fund**

For the purpose of establishing and maintaining hospitalization, medical and surgical care, dental, vision care, and group life insurance programs, the Employer shall contribute to the Apartment Employees Welfare Fund the following sums for each straight-time hour worked by the Employees covered by this Agreement:

**9.2    Welfare Fund Contribution in Dollars**

- Effective July 29, 1999 ................................. $2.155

**9.3    Payment**

Before the tenth day of each month the Employer shall make irrevocably the required payments for the preceding calendar month, and such payments shall be made on behalf of each Employee who has worked seventy (70) or more straight-time hours for said Employer during the preceding calendar month.

**9.4    Administration**

The Welfare Fund shall be administered under and by virtue of that certain Agreement and Declaration of Trust between Apartment Employers' Council of San Francisco and Service Employees' Union, Local 1877. The Union and Employer hereby accept the terms of said Agreement and Declaration of Trust and agree to be bound by all of the provisions thereof as amended, and hereby acknowledges prior receipt of a copy thereof. The level of benefits existing as of July 29, 1999 shall be maintained for the life of this Agreement. If the carrier(s) raise premiums to the welfare fund for the same benefits mentioned above, and if the Trustees determine that an increase in contribution is necessary to maintain said benefits, then the Employer shall pay such increase as certified by the Trustees with the understanding and agreement that the reserves of the Welfare Fund will first be used by the Trustees to offset any increase as long as not less than four months of reserves are maintained.

**B.    PENSION TRUST**

**9.5    Purpose of the Pension and Trust Fund**

For the purpose of establishing and maintaining a pension plan, the Employer shall contribute to the Apartment Employees Pension Trust the following sums for each straight-time hour worked by Employees covered by this Agreement (except Traveling Janitors):

**9.6    Pension and Trust Fund Contribution in Dollars**

Effective January 1, 1998:...........$.75
Effective January 1, 1999...........$.80
Effective January 1, 2000...........$.85

16

**9.7    Payment**

Before the tenth of each month the Employer shall make irrevocably the required payments for the preceding calendar month, and such payments shall be made on behalf of each Employee for all straight-time hours worked for said Employer during the preceding calendar month. The Pension plan shall be administered under and by virtue of that certain Agreement and Declaration of Trust between Apartment Employers' Council of San Francisco and Service Employees' Union Local 1877. The Employer hereby accepts the terms of said Agreement and Declaration of Trust and agrees to be bound by all of the provisions thereof as amended, a copy of which can be obtained from the Trust.

## C.    INDUSTRY STABILIZATION FUND

**9.8    Purpose of the Fund**

For the purpose of stabilizing labor relations and affording full representation of Employers signatory to this Agreement, an Industry Stabilization Fund is established effective January 1, 1987.

**9.9    Employer Contributions**

The individual Employer shall contribute one cent ($.01) per hour into the Industry Stabilization Fund for each straight-time hour worked by Employees engaged in work covered by this Agreement. The amount specified herein is in addition to any and all other specified wage rates or trust fund contributions.

**9.10    Payments to the Fund**

Before the tenth day of each month, the Employer shall make irrevocably the required payments for the preceding calendar month, and such payments shall be made on behalf of each Employee for all straight-time hours for said Employer during the preceding calendar month.

**9.11    Payment to the Apartment Employers' Council**

The one cent ($.01) per straight-time hour contributed to the Industry Stabilization Fund shall be remitted each month by the designated Administrator to the Apartment Employers' Council of San Francisco.

**9.12    Cost to Maintain the Council**

The cost of maintaining the functions of the Apartment Employers' Council of San Francisco shall be borne out of contributions to said fund.

**9.13    Hold Harmless**

The Union shall not be liable or responsible for the receipt, safekeeping or disposition of the contributions to the Fund and any expenditures of monies from said Fund shall be at the sole discretion of the Apartment Employers Council of San Francisco.

## D.    REGULATIONS APPLICABLE TO THE WELFARE FUND, PENSION TRUST, AND INDUSTRY STABILIZATION FUND

**9.13   Hours Considered for Computing Contributions**

(1)   Paid vacations, holidays, and sick leave are considered as straight time hours worked in computing contributions.

**9.14   Contributions During Sick Leave**

(2)   When an Employee is absent from work because of a bona fida illness, or injury for which he has been awarded Workers' Compensation Insurance benefits, contributions shall be made on his behalf by the Employer during such absence for a period not to exceed three (3) months. No Employer shall be required to make any contributions in excess of three months during such an absence.

**9.15   Change of Ownership**

(3)   The service record of Employees for the purpose of eligibility for welfare benefits and the requirements that an Employer make contributions on their behalf as provided, shall not be broken by reason of change of ownership of a firm, corporation or building covered by this Agreement or a subsequent Agreement.

**9.16   401k-Type Retirement Savings Plan**

The Employer agrees to facilitate Employee contributions to a 401k-type retirement plan if and when such a plan has been established by the Union.

## Section 10.          PART-TIME, RELIEF AND CASUAL EMPLOYEES.

**10.1   Regular Part-Time Employee Defined**

A.   An employee who is scheduled to work 32 hours or less each week. Such Employee shall earn benefits for holiday, vacation, and sick leave on a pro-rata basis as defined in this Agreement.

**10.2   Relief Employee Defined**

B.   An employee who is regularly scheduled either full time or part time for a designated period. He/She shall accrue holiday, sick leave, and vacation when working.

**10.3   Casual Employee Defined**

C.   An employee who is one not regularly scheduled to work. Such employees are not eligible for holidays or vacation pay.

**10.4   Holiday Pay**

Part-Time Employees, Relief and Casual Employees shall receive the applicable premium rate of pay for hours worked on any holiday as defined in this Agreement.

**10.5   Additional Available Hours**

A Regular Part-Time Employee shall be offered additional available hours in their classification before such is offered to a Casual Employee if the Part-Time Employee has previously notified the Employer in writing of the hours he is available for additional work.

18

**10.6**  **Emergency Relief**

If a workshift is available, the Employer will call the Union dispatcher for casual or relief employees and/or call workers from the Local 1877 list (available to Employers from the Union) before going to outside sources for personnel.

## Section 11.    DEFINITIONS OF CLASSIFICATIONS

**11.1**  **"Premises"**

A.    "Premises"  shall include: apartment houses, apartment hotels, hotel apartments and motels including garages operated by the Employer where such spaces exist in what are mainly apartment houses, apartment hotels, hotel apartments and motels, all floors, walls, ceilings, woodwork, trim, halls, lobbies, stairways, basements, storage rooms, porches, approaches, yards, lawns and the abutting sidewalks, alleyways and parkways, roofs, lightwells, patios, elevators,  and fire escapes.

**11.2**  **"Appurtenances"**

B.    Appurtenances shall include:  apparatus and equipment, fixtures, furniture, furnishings, carpet, drapes, refrigerators and stoves.

**11.3**  **"Clean"**

C.    Clean shall include: sweep, scrub, mop, wash, brush, vacuum, dust, and polish.

**11.4**  **"Services Performed by Contractors"**

D.    No regularly scheduled bargaining unit employee will suffer any reduction of work hours as a result of services performed by contractors.

**11.5**  **"HANDYMAN"**

An Employee who is regularly engaged during half of his time or more in maintaining and making general repairs to the plumbing fixtures, furniture, woodwork, electrical systems and appliances, heating systems and appliances, elevators, ventilation systems, and window and building structures of premises where he is employed, shall be classified as a Handyman. The duties of a Handyman shall consist of minor woodwork, painting, plumbing and electrical repairs and installations and other similar duties, together with other assignments at the Employer's discretion. The Employer shall furnish and bear the cost of upkeep of all tools and equipment used by the Handyman. No Handyman shall be required to furnish his own tools as a condition of employment.  The cost to replace tools lost by an Employee shall be borne by the Employee so long as the Employer provides the Employee with a secured locker or storage which only he/she has access to.  It is understood that a Handyman will not be required to perform functions in conflict with the recognized field of work of any other Union, and that the employment of a Handyman shall not preclude the Employer from engaging the services of contractors to perform any of the above work where the skill of the Handyman is lacking or time is of the essence.

**11.6**  **"JANITOR"**

The duties of a Janitor shall be to clean the premises, hang curtains, drapes and pictures, move furniture and baggage and remove garbage, and in addition thereto, to make such repairs and to give such care to apparatus and equipment as may be necessary for its continuous operation and function, together with other assignments at the Employer's discretion. It is understood that a Janitor will not be required to perform functions in conflict with the recognized field of work of any other Union, except in cases of emergency or where the interests of the owner or agent may suffer from failure to have the work done at once, and that the employment of a Janitor shall not preclude the Employer from engaging the services of contractors to perform any of the above work where the skill of the janitor is lacking and time is of the essence.

**11.7    "HEAD DOORMAN"**

An Employee who regularly supervises two (2) or more Doormen and is responsible for scheduling of work as well as performing all of the duties of the "Doorman".

**11.8    "DOORMEN"**

Duties of Doormen shall include assisting residents and visitors entering and leaving the building and on foot or by cab, or other vehicle.  Maintenance of building security including limiting access to authorized personnel.   Maintenance of logs, and answering telephones, together with other assignments consistent with the job classification at the Employer's discretion.

**11.7    Emergencies**

In the event of an emergency (defined as a crisis, sudden or unexpected happening or situation), any Employee can be asked to perform the work of another classification and must reasonably cooperate in doing so.  He/she shall receive the pay of the higher classification.

**11.8    Performance of Janitorial Duties by Doormen**

Any employee so classified shall not perform any janitorial duties except to a limited extent where reasonably necessary; with the understanding that past practices may be maintained.

## Section 12.  RATES OF PAY

**A.    RATES OF PAY SHALL BE:**

| EFFECTIVE JULY 29, 1999, RATES OF PAY SHALL BE: | | | | | |
|---|---|---|---|---|---|
| CLASSIFICATION | HOURLY WAGE 1998 | 1.5 X O.T. WAGE 1998 | 2 X O.T. WAGE 1998 | *75% HOURLY WAGE 1998 | **85% HOURLY WAGE 1998 |
| 12.1  Handyman | 13.895 | 20.842 | 27.79 | 10.421 | 11.81 |
| 12.2  Janitor; working 8 Hrs | 13.665 | 20.497 | 27.33 | 10.248 | 11.615 |
| 12.3  Head Doorman | 13.765 | 20.547 | 27.53 | 10.323 | 11.70 |
| 12.4  Doorman | 13.51 | 20.265 | 27.02 | 10.132 | 11.483 |

| EFFECTIVE OCTOBER 1, 1999 RATES OF PAY SHALL BE: | | | | | |
|---|---|---|---|---|---|
| CLASSIFICATION | HOURLY WAGE 1999 | 1.5 X O.T. WAGE 1999 | 2 X O.T. WAGE 1999 | *75% HOURLY WAGE 1999 | **85% HOURLY WAGE 1999 |
| 12.1  Handyman | 14.345 | 21.517 | 28.69 | 10.758 | 12.193 |
| 12.2  Janitor, working 8 hrs | 14.115 | 21.172 | 28.23 | 10.586 | 11.997 |
| 12.3  Head Doorman | 14.215 | 21.322 | 28.43 | 10.661 | 12.082 |
| 12.4  Doorman | 13.96 | 20.94 | 27.92 | 10.47 | 11.866 |
| EFFECTIVE OCTOBER 1, 2000 RATES OF PAY SHALL BE: | | | | | |
| CLASSIFICATION | HOURLY WAGE 2000 | 1.5 X O.T. WAGE 2000 | 2 X O.T. WAGE 2000 | *75% HOURLY WAGE 2000 | **85% HOURLY WAGE 2000 |
| 12.1  Handyman | 14.795 | 22.192 | 29.59 | 11.096 | 12.575 |
| 12.2  Janitor, working 8 Hrs | 14.565 | 21.847 | 29.13 | 10.923 | 12.38 |
| 12.3  Head Doorman | 14.665 | 21.997 | 29.33 | 10.998 | 12.465 |
| 12.4  Doorman | 14.41 | 21.615 | 28.82 | 10.807 | 12.248 |

\* Rate during first four months of employment.
\*\* Rate during six month period following first four months of employment.

### 12.18   6:00 p.m. to 6:00 a.m. Pay Premium

A fifty cent ($.50) per hour premium shall be paid to Employees for hours worked between 6:00 p.m. and 6:00 a.m.

## B.    BEGINNERS' RATES OF PAY

### 12.19   Beginners' Rates of Pay

(1)    Effective January 1, 1993, during the first four (4) months of employment, Employees shall be paid seventy-five percent (75%) of the applicable wages set forth in this section. For an additional six (6) months after that they shall be paid eight-five percent (85%) of the applicable wages set forth in this section. Thereafter Employees shall be paid one hundred (100%) of the applicable wages set forth in this section.

### 12.20   Beginners' Rates of Pay Exception

(2)    If a new Employee has one or more years of experience with Local 1877 in a similar classification he/she will be exempt from this provision and will start at the 100% rate of pay.

## C.    HANDYMEN PREMIUM PAY ELIGIBILITY

### 12.21   Handymen Premium Pay

Handymen who work less than a total of 40 (forty) hours per week in 2 (two) or more buildings for one Employer, shall in addition to all other rates and conditions of pay contained herein receive Seven Dollars and Fifty Cents ($7.50) per month for each building in which the Employee is required to work.

## D.    PAYDAYS

**12.22  Regular Pay Periods**

(1)  The wages of the regular employees shall be paid semi-monthly; provided that, when such regular pay day falls on a Sunday or on a holiday, employees shall be paid on the immediately previous to such Sunday or holiday.  Employers currently paying wages on a weekly or bi-weekly basis shall maintain that practice.  The Employer will make reasonable efforts to have paychecks available by the end of an employees shift on pay day.

**12.23  Pay Upon Termination or Layoff**

(2)  If an Employee is laid off or his services are terminated for any reason, he shall be paid on or before the termination of his last shift; an Employee not so paid shall be compensated for one day's pay for each day he reports for his pay.

**12.24  Pay by Mail**

(3)  Any Employee whose services are terminated may, if he so elects, have his wages sent to him by mail, addressed as he may direct.

## Section 13.    WORK DAY, WORK WEEK, HOURS AND OVERTIME

**A.    WORK DAY**

**13.1  Eight (8) Hour Work Day**

(a)  Eight (8) hours within nine (9) consecutive hours shall constitute a day's work.

**13.2  Six (6) Hour Work Day for Maids**

(b)  Six (6) hours within six and one-half (6 1/2 ) hours constitute a day's work for maids working on a short shift.

**13.3  Four (4) Hour Work Day-Short Shift**

(c)  Four (4) consecutive hours in the employ of one Employer shall constitute a day's work for Employees working on a short shift.

**13.4  Day's Work Defined**

(d)  A day's work shall be defined as the day in which the majority of the hours are worked.

**13.5  Concessionaire- to be limited to Four (4) Consecutive Hours**

(e)  The concessionaire shall not be required to work in excess of four (4) hours for the Employer within a spread of eight (8) consecutive hours.

**13.6  Resident Handyman & Janitor to Work No Later than 5:00pm**

(f)  Resident Handyman's and Resident Janitor's work day shall be completed not later than 5:00 p.m.

**B.    WORK WEEK**

**13.7  Work Week Defined**

22

Forty (40) hours worked in a period of five (5) consecutive days within a calendar week shall constitute a week's work, except as provided in Section 13 (a), (b) and (c).

## C.   SHORT SHIFT

### 13.8   Short Shift Defined

Four (4) consecutive hours shall constitute a short shift. Except by mutual agreement between the Employee and Employer, Janitors employed in the morning on a short shift shall complete such short shift by 12 noon; if employed in the afternoon a short shift shall be between the hours of 1:00 p.m. and 5:00 p.m. This shall not apply to Employees working at the Traveling Janitor's rate of pay.

## D.   SPLIT SHIFT

### 13.9   Split Shift

There shall be no split shifts.

## E.   NIGHT SHIFT

### 13.10   Night Shift Defined

A night shift shall be deemed to be the one in which the major portion of hours is worked after 7:00 p.m. and before 7:00 a.m. Eight (8) consecutive hours shall constitute a night shift. One-half (1/2) hour meal period on the premises within eight (8) hours shall be allowed any Employee working a night shift. No deductions shall be made for such meal period allowance. No shift shall have a start time after midnight and before 6:00 am except in case of a bona fida emergency.

## F.   WORK SCHEDULE

### 13.11   Work Schedule Defined

A weekly schedule shall be posted containing each regular Employee's starting and quitting time, work days, days off, which shall not be changed by the Employer without thirty-six (36) hours' previous notice to the Employees affected, except when made necessary by an emergency.

## G.   OVERTIME

### 13.12   Overtime Defined

(1)   For any work in excess of a day's work, or for any work in excess of a short shift, or for any work in excess of a week's work, or for any work performed on an Employee's day off, or on holidays, overtime at the rate of time and one half shall be paid. Double time shall be paid for all hours worked in excess of twelve (12) hours. Double time shall be paid for all hours worked on any seventh consecutive day. Any Employee working on a holiday listed in Section 9 shall be paid overtime at the rate of time and one-half, in addition to a day's pay for the holiday. Overtime shall be computed based on the Employee's regular rate of pay.

### 13.13    *Overtime Four (4) Hour Minimum Pay*

(2)    If an Employee is required to work overtime consecutive with his day's work, such Employee shall be paid for not less that one (1) hour at the overtime rate or the time actually worked at the overtime rate, whichever is the greater.  Should an Employee be called back to work by the Employer at the completion of his day's work, his week's work, or his regular days off or on holidays, he shall be paid for not less that four (4) hours at the overtime rate or the time actually worked at the overtime rate, whichever is the greater.  Overtime shall be offered in accordance with Seniority if the Employee is qualified to do the work.

### 13.14    *Overtime Eight (8) Hour Pay Requirement*

(3)    Notwithstanding the provisions of Section 13 G. and Section 13 H. of this Agreement, should an Employee be required to work on Thanksgiving Day, Christmas Day or New Year's Day, such Employee shall be paid for not less than eight (8) hours at the overtime rate or the time actually worked at the overtime rate, whichever is greater.

## H.    MINIMUM CALL

### 13.15    *Required Notice*

(1)    Notice that the services of an Employee will not be required on any given day shall be given to him not later than the termination of the Employee's shift on the preceding day.  If such notice be not so given and such Employee shall report for work, he shall be entitled to and shall be paid a sum of money equal to four (4) hours' wages.

### 13.16    *Pay Requirement when Employer requests an Employee Report for Work*

(2)    When an Employer or his representative requests a person to report for work and said person does so report at the time specified but is not put to work, the Employer shall pay said person one (1) full day's wages.  This rule shall not apply when the Employer wishes to fill a vacancy by interviewing applicants for the job.

## I.    COMBINATION JOB

### 13.17    *Combination Job Defined*

When an Employee occupies a position which combines two or more classifications of work, the Employee shall be paid at the rate for the higher classification; provided that such classification occupies two or more hours of said Employee's work day.

## Section 14.    LUNCH AND REST PERIODS

## A.    LUNCH PERIODS

### 14.1    *Lunch Periods*

A.    All Employees (except as provided under Section 13 E Night Shift) shall be relieved from their duties for their lunch period and provided further that such lunch periods shall not be set by the Employer sooner than three and one-half (3 1/2) hours following the commencement of their shift, nor later than four

24

and one-half (4 1/2) hours following the commencement of their shift, and provided further in the case of the six (6) hour maids their meal period shall commence not sooner than three (3) hours following the commencement of their shift, nor later than three and one-half (3 1/2) hours following commencement of their shift.

## B.    REST PERIODS

**14.2    Rest Periods**

    B.    On or about the middle of each half shift, all Employees shall receive one fifteen (15) minute break. No deduction shall be made for such rest period. Such break shall not interrupt on going services.

## Section 15.    LEAVES OF ABSENCE

## A.    UNPAID LEAVE

**15.1    Leaves of Absence**

Leaves of absence may be granted by the Employer for reasons of bona fida illness or other reasons mutually agreed upon by the Employer and the Employee. Such leaves of absence shall be without pay except as hereinafter provided. Such leaves of absence shall not affect the Employee's rights under this Agreement. The provisions in this section shall be consistent with the American Disabilities Act.

## B.    SENIORITY VACATION LEAVES OF ABSENCE

**15.2    Seniority Leaves**

Employees with at least two (2) years of continuous service shall, not more often than once every three (3) years, be entitled to take up to two (2) additional weeks of leave without pay immediately following their regular vacation period, provided they request such unpaid leave at least thirty (30) days prior to the start of their regular vacation period. For the purposes of selecting dates, such leaves will be determined by seniority consistent with the granting of vacation requests.

## C.    JURY DUTY

**15.3    Pay Requirements**

    (1)    An employee who is summoned and who reports in person for jury service shall be paid the difference between his regular day's pay and any amount of jury pay received.

**15.4    Schedule Requirements**

    (2)    Employees who are scheduled to work a day or evening shift on the day of jury duty and Employees scheduled to work on the night shift (11 p.m.-7 a.m.) immediately prior to jury duty shall not be required to work their shift and will receive pay under the conditions indicated in C. (1) above.

**15.5    Hardship**

(3)    Since the parties recognize that there are often hardships for the Employees, his/her family and the Employer when Jury Duty is served, it is agreed the Employee will promptly advise the court of such when these situations occur.

## D.    BEREAVEMENT LEAVE

**15.6    Death in the Immediate Family**

In the event of a death in the immediate family of an Employee, he or she shall, upon request, be granted three (3) regularly scheduled working days off with pay to make arrangements for the funeral and attend same. Two (2) additional days off with pay will be granted if the funeral occurs outside a two hundred (200) mile radius of San Francisco. For the purpose of this provision, the immediate family shall be restricted to father, mother, brother, sister, spouse, child, mother-in-law, father-in-law and registered domestic partner. At the request of the Employer, the Employee shall furnish a death certificate and proof of relationship.

## Section 16.    GENERAL PROVISIONS

**16.1    Uniforms and Laundry**

A.    Where the Employer requires the Employees to wear special dress or uniforms, the Employer shall furnish such special dress or uniforms and provide for their reasonable upkeep.

**16.2    Dressing Rooms or Lockers**

B.    Dressing rooms or lockers shall be provided by the Employer where Employees may store their belongings during working hours and change to and from street attire.

**16.3    Break Room**

C.    To the extent practical and where there are more than five (5) Employees, there shall be a comfortable, sanitary lounge/break area/lunchroom that includes a microwave oven and refrigerator.

**16.4    Work Rules**

E.    The Employer has the right to establish Work Rules which shall be conspicuously posted and which the Employees shall observe.

**16.5    Concessions**

F.    Any Employee who received the benefit of a concession prior to the signing of this Agreement shall be permitted to continue such concession; provided that the operation of such concession shall be conducted outside the Employee's working hours and provided further, that if the position for which the Employee is employed is eliminated, the concession may also be eliminated.

**16.6    Breakage**

G.    The cost of all breakage not due to gross negligence of the Employee shall be borne by the Employer.

### 16.7 Sub-Contracting

H.    No Employer shall contract for the performance of any work covered by the classifications herein set forth except when such contract is in conformity with all economic provisions of this agreement, including all wage scales and fringe benefits. No regularly scheduled bargaining unit employee shall suffer any reduction of hours as a result of services performed by Contractors.

### 16.8 Acts of God

I.    Guarantees shall not apply if the Employer is unable to operate due to an act of God, utility failure, government restriction, fire, flood, riot, civil commotion, the failure or refusal of the group of Employees to report for or perform their work, or any cause beyond the control of the Employer.

### 16.9 Wages Paid Above Scale

J.    Hourly wages now being paid above the minimum scale herein prescribed shall not be reduced. This applies to the employee and not the job and classification.

### 16.10 Employee Handling of Funds

K.    No Employee shall handle any funds of the Employer unless expressly authorized in writing by the Employer. Any Employee so entrusted with the Employer's funds shall not be held responsible for loss through robbery, fire or other circumstances beyond the Employer's control. Employees handling funds shall conform to the written instructions issued by the Employer.

### 16.11 Fidelity Bonds

L.    The Employer agrees to pay all fidelity bond premiums when bonds are required by the Employer. All cash deposits or cash bonds in lieu of fidelity bonds now in force will be returned to the Employees so effected at once.

## Section 17.    GRIEVANCES, DISCHARGE AND RETIREMENT

### A.    GRIEVANCES

### 17.1 Referral to a Board of Adjustment

(1)    Any and all disputes and grievances of an Employer, Employee or the Union that may arise with reference to the provisions of this Agreement or the enforcement thereof which cannot be settled directly by the Employer and the Union within two (2) business days shall be referred to a Board of Adjustment upon the written request of either party. The Board of Adjustment shall consist of two (2) representatives of the Union and two (2) of the Employer and shall meet within two (2) business days of such notification or request.

### 17.2 30-Day Limit

(2)    Matters of dispute or grievance as hereinabove provided must be taken up with the Employer or with the Union, as the case may be, within thirty (30) days (except as provided for in B. DISCHARGE below) of the occurrence of the alleged dispute or

grievance.

**17.3    *Impartial Arbitrator***

(3)    In the event that any matter submitted to the Board of Adjustment cannot be settled within five (5) business days, the issue in dispute shall be submitted for disposition to an impartial arbitrator, the impartial arbitrator shall be selected by agreement between the parties.  Any decision made by a majority of the Adjustment Board or the impartial arbitrator shall be final and binding upon both parties.  Any expense as a result of arbitration shall be borne one-half by the Union and one-half by the Employer.  Neither the Adjustment Board nor the impartial arbitrator shall have the authority to negotiate, alter or change this Agreement.

**17.4    *Precedence Setting***

(1)    In any and all matters (problems and grievances settlements) none shall be deemed precedence setting without written approval of the President of the Union and the President of The Apartment Employers' Council.

## B.    DISCHARGE

**17.5    *In the Event of Discharge***

(5)    If an Employee is discharged he shall immediately surrender all house keys, equipment and property belonging to the Employer.  Employees who are discharged and occupy quarters as provided in this Agreement shall vacate such quarters which may be occupied by him or her within five (5) business days after written notice from the Employer.

**17.6    *Notice Requirements For Terminations***

(6)    Employees may be discharged without notice for just cause.  The Employer shall give a written warning notice to an Employee with ninety (90) days or more of service, with a copy to the Union, before discharging such Employee for poor job performance or similar reasons.  It is understood and agreed that Employers can discharge Employees for reasons other than poor job performance or similar reasons.  Such notice shall be given at least one (1) week before any discharge action, and the Union shall be afforded the right to discuss the matter with the Employee and the Employer.  No such notice is required prior to discharge for gross misconduct.  Any Employee who feels he has been unjustly discharged shall have the right to appeal to the Adjustment Board provided herein.  Discharge cases must be taken up with the Adjustment Board within five (5) business days from the date of discharge or right of appeal is lost.

## C.    RETIREMENT

**17.7    *Employee retirement***

(7)    Employee retirement shall be treated according to law.

## Section 18.       SAVINGS CLAUSE

### 18.1   Savings Clause

If any provisions or sections of this Agreement be rendered or declared invalid by reason of any existing or subsequently enacted legislature, or by any decree of a court of competent jurisdiction, such invalidation of such part or portion of this Agreement shall not invalidate the remaining portions hereof and they shall remain in full force and effect.  The parties agree that upon invalidation, the parties shall meet within two (2) weeks, and negotiate substitute provisions for such parts of provisions rendered or declared invalid.

## Section 19.       LABOR MANAGEMENT COMMITTEE

### 19.1   Establishment of a Labor Management Committee

Immediately upon the signing of this Agreement a Labor Management Committee shall be established consisting of an equal number of representatives of the Apartment Employers' Council of San Francisco and the Service Employees' Union Local 1877. Said Committee shall hold regular meetings and shall determine problems of mutual concern to both parties not specifically covered by the terms of this Agreement.  The purpose of the Committee shall be to promote and perpetuate harmonious relations, to study and recommend ways and means of promoting the economic welfare of the Employers and members of the Union.   This Committee shall not supersede the functions of the Adjustment Board as set forth in this Agreement.

## Section 20.        MANAGEMENT RIGHTS

### 20.1    Management Rights Clause

Subject to the provisions of this Agreement, the Employer retains all rights to manage, including but not limited to the right to direct Employees, to hire, promote, train, retrain, transfer, layoff, recall and assign Employees.    To maintain the efficiency of the operation and to make and enforce reasonable House Rules and Regulations pertaining to Employees that are not in conflict with this Agreement.

## Section 21.        TERM OF AGREEMENT

### 21.1    Term of Agreement

This Agreement shall become effective as of the twenty-ninth day of July, 1, 1999, and shall continue in full force and effect until December 30, 2001.  If neither party serves written notice of its desire to terminate, change or modify this Agreement sixty (60) days prior to the date of expiration it shall be renewed for the succeeding year to year thereafter in like manner.

Date and entered into this _____ day of _____, 1999.

For the Union                                    For the Employer

SERVICE EMPLOYEES UNION LOCAL 1877    ABLE BUILDING MAINTENANCE CO., INC.
                                                 at Park Merced Apartments

_____         _____
Carlos Urrutia                                   Paul Boschetto
Lead Organizer                                   President

Date: _____ 11/16/99 _____            Date: 11/11/99 _____

30