# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

**CV 07   5802   SC**

CHARLES GILCHRIST AND MATTHEW B. HALLINAN, in their capacities as Trustees of APARTMENT EMPLOYEES PENSION TRUST and APARTMENT EMPLOYEES WELFARE FUND,

   Plaintiffs,

v.

ABLE BUILDING MAINTENANCE CO., a California Corporation,

No.

**COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, BREACH OF FIDUCIARY DUTY, AND AUDIT** (ERISA 29 U.S.C. §1001, et seq., 29 U.S.C. §185)

AGREEMENT

Between

SERVICE EMPLOYEES UNION

LOCAL 14

AFL-CIO

AND

ABLE BUILDING MAINTENANCE CO.

COVERING

JANITORS, DOOR ATTENDANTS, & GROUNDSKEEPERS

AT

GOLDEN GATEWAY CENTER, L.P.

Effective January 1, 1996 to September 30, 2001

**EXHIBIT B**

## AGREEMENT

THIS AGREEMENT, entered into as of the 1st day of January, 1996, by and between ABLE BUILDING MAINTENANCE CO., covering janitors and door attendants working at Golden Gateway Center L.P., hereinafter referred to as "EMPLOYER", and SERVICE EMPLOYEES UNION, LOCAL 14, affiliated with the Service Employees International Union, AFL-CIO, hereinafter referred to as the "UNION", acting on behalf of the employees in the classifications hereinafter specified.

## UNION RECOGNITION

Section 1.  (a)  The Employer recognizes the Union as the sole collective bargaining agency for all employees under the jurisdiction of the Union in the classifications hereinafter specified, who are employed at Golden Gateway Center in the City and County of San Francisco.

(b)  There shall be no discrimination by the Employer or by the Union against the employees on account of union membership or union activities. Neither the Employer nor the Union shall discriminate against any employee or applicant for employment on account of race, creed, color, age, sex or sexual orientation except to the extent permitted by law.

## VACANCIES AND NEW POSITIONS

Section 2.  (a)  In the filling of vacancies or new positions and in the employment of extra help, the Employer agrees to give preference of employment to members of the Union in good standing and to apply to the Union for such members; provided, however, that applicants for employment shall be sent to the Employer for interview prior to employment, and that the Employer shall have the right of selection from all available Union members. If the Union is unable to furnish to the Employer satisfactory help suitable for the positions to be filled within forty-eight (48) hours from time of notification by the Employer (Saturdays, Sundays and holidays excepted), the Employer may hire outside the Union. The Employer shall furnish the Union within forty-eight (48) hours after employment of any employee, his or her name and date of employment.

(b)  Effective January 1, 1996, during the first four (4) months of employment, employees shall be paid seventy-five percent (75%) of the applicable wages set forth in Attachments I, II, and III. For an additional six (6) months after that they shall be paid eighty-five percent (85%) of the applicable wages set forth in Attachments I, II and III. Thereafter employees shall be paid one hundred percent (100%) of the applicable wages set forth in Attachments I, II and III.

(c) If a new employee has one or more years of experience with Local 14 in a similar classification the will be exempt from this provision and will start at 100% rate of pay.

## UNION MEMBERSHIP

Section 3. All employees who may be presently employed or employed as provided for in Section 2 of this Agreement, if not already members of the Union in good standing, shall make application for membership in the Union within thirty (30) days and shall become members and maintain membership in good standing in the Union and the Union agrees to accept such applicants on the same terms as present members.

## NOTICE OF LAYOFF OR DISCHARGE

Section 4. (a) When an employee is laid off, the Employer shall give the employee seven (7) days notice in writing or one (1) week's pay in lieu thereof. If an employee is discharged he/she shall immediately surrender all house keys, equipment and property belonging to the Employer.

(b) Employees shall be discharged without notice for just cause. The Employer shall give a written warning notice to an employee within ninety (90) days or more of service, with a copy to the Union, before discharging such employee for poor job performance or similar reasons. Such notice shall be given at lease one (1) week before any discharge action, and the Union shall be afforded the right to discuss the matter with the employee and the Employer. No such notice is required prior to discharge for gross misconduct. Any employee who feels he/she has been unjustly discharged shall have the right to appeal to the Adjustment Board hereinafter provided. Discharge cases must be taken up with the Adjustment Board within five (5) business days from the date of discharge or right of appeal is lost.

## SENIORITY

Section 5. (a) In case it shall become necessary for an Employer to lay off one or more employees, seniority shall apply, merit and ability being equal, within the classifications. In cases of rehiring, the last employee laid off shall be the first employee rehired. Employees may bid for vacant positions. The Employer will consider seniority along with merit and ability.

(b) For promotions, seniority will be given substantial consideration, and where merit and ability are equal the most senior employee will be promoted. The Employer will be the sole judge of merit and ability for the purpose of this Subsection (5b) only.

## BUILDING VISITATIONS

Section 6.  Duly authorized representatives of the Union, not to exceed two (2) who shall show their credentials to the Employer or his/her representative prior to each visit, shall be permitted to visit the building for the purpose of observing conditions under which the employees are working and to see that conditions of this Agreement are being observed.  Such visits shall not be made at unreasonable hours and not interfere with the proper conduct of business or the performance of work.  The Employer agrees to cooperate in arranging such visits.

## BULLETIN BOARD

Section 7.  The Employer shall provide a bulletin board, conveniently located for the use of the Union in posting notice of official business of the Union.  The Union agrees that it will not distribute handbills, posters or other literature pertaining to the affairs of the Union within the building.

## SUBCONTRACTING

Section 8.  The Employer may contract for the performance of any work covered by the classification herein set forth when such contract is in conformity with all the economic provisions of this Agreement, including all wage scales and fringe benefits.

## BREAKAGE

Section 9.  The cost of all breakage not due to gross negligence of the employee shall be borne by the Employer.

## EMPLOYER'S FUND

Section 10.  (a)  No employee shall handle any funds of the Employer unless expressly authorized in writing by the Employer.  Any employee so entrusted with the Employer's funds shall not be held responsible for loss through robbery, fire or other circumstances beyond the employee's control.  Employees handling funds shall conform to written instructions issued by the Employer.

(b)  The Employer agrees to pay all fidelity bond premiums when bonds are required by the Employer.  All cash deposits or cash bonds in lieu of fidelity bonds now in force will be returned to the employees so affected at once.

## SPECIAL DRESS OF UNIFORMS

Section 11. Where the Employer requires the employee to wear dress or special uniforms the Employer shall furnish such special dress or uniforms and provide for their reasonable upkeep.

## DRESSING ROOMS OR LOCKERS

Section 12. Dressing rooms or lockers shall be provided by the Employer where employees may store their belongings during working hours and change to and from street attire.

## EQUAL PAY

Section 13. The wage scale shall apply equally to male and female employees.

## NO WAGE REDUCTION

Section 14. Wages now being paid above the minimum scale herein prescribed shall not be reduced. This applies to the employee, not the job.

## PAYDAYS

Section 15. (a) The wages of the regular employees shall be paid semi-monthly; provided that, when such regular pay day falls on a Sunday or on an employee's day off, or on holidays, employees shall be paid on the day immediately previous to such Sunday, day off or holidays. The Employer will make all reasonable efforts to have paychecks available by the end of an employee's shift on pay day.

(b) If an employee is laid off or his/her services are terminated for any reason, he/she shall be paid on or before the termination of his/her last shift; an employee not so paid shall be compensated for one day's pay for each day he/she reports for his/her pay not to exceed thirty (30) days as provided by the California State Labor Code.

(c) Any employee whose services are terminated may, if he/she so elects, have his/her wages sent to him/her by mail, addressed as he/she may direct.

## DEFINITION OF TERMS AND DUTIES

Section 16. (a) "PREMISES" shall include the apartment house and garages operated by the Employer where such spaces exist in what are mainly apartment houses, all floors, walls ceilings, woodwork, trim, halls, lobbies, stairways, basements, storage rooms, porches, approaches, yards, lawns and the abutting sidewalks, alleyways and parkways, roofs, lightwells, patios, elevators, fire escapes, appurtenances, apparatus and equipment, fixtures, furniture, furnishings, carpets, drapes, refrigerators, and stoves.

(b) "CLEAN": shall include: sweep, scrub, mop, wash, brush, vacuum, dust and polish.

(c) "JANITOR": The duties of a janitor shall be to clean the premises, hang curtains, drapes and pictures, move furniture and baggage, remove garbage and attend the garbage collection areas, and in addition thereto, to make such repairs and to give such care to the apparatus and equipment as may be necessary for its continuous operation and function which will not conflict with the recognized field of work of any other union, except in cases of emergency or where the interest of the owner or agent may suffer from failure to have the work done at once.

(d) "DOOR ATTENDANT": An employee whose duties include the attending of the front entrance of the building in which he is employed and the performance of the general duties normally required of a door attendant and may include tending the switchboard and elevator. Any employee so classified shall perform any janitorial duties to a limited extent where reasonably necessary.

(e) "GROUNDSKEEPER". The duties of a groundskeeper shall be to clean all outdoor common areas, stairwells, approaches, alleyways, parkways, and abutting sidewalks as well as to maintain all lawns, plants, shrubs, and flowers except in cases of emergency or where the owner or agent may suffer from failure to have the work done at once.

## CLASSIFICATION RULE

Section 17. (a) In a building where there are one or more employees performing cleaning duties there shall be at least one employee classified as janitor as the case may be. The duties as herein above outlined shall be performed only by the classification herein set forth except in the case of emergency.

(b) Any employee working on a regularly monthly basis (32 hours or more per week) shall receive not less than the full monthly or weekly rate of pay for the classification or work performed. A thirty cent ($.30) per hour premium

shall be paid in addition to the above rate to employee working less than thirty-two (32) hours per week.

## WORK DAY

Section 18. (a)    Eight (8) within eight and one half (8 1/2) consecutive hours shall constitute a day's work.

(b)    Four (4) consecutive hours in the employ of the Employer shall constitute a day's work for employees working on a short shift.

## WORK WEEK

Section 19. Forty (40) hours worked in a period of five (5) consecutive days' work within seven (7) successive calendar days shall constitute a week's work, except as provided in Section 18 (b) and Section 20.

## SHORT SHIFT

Section 20. Four (4) consecutive hours shall constitute a short shift. Janitors, when employed in the morning on a short shift shall complete such short shift by 12 noon; if employed in the afternoon, such short shift shall be between t the hours of 1:00PM and 5:00 PM.

## SPLIT SHIFT

Section 21. There shall be no split shifts.

## NIGHT SHIFT

Section 22. (a)  A night shift shall be deemed to be one the major portion of which is worked after 7:00 PM and before 7:00AM. Eight (8) consecutive hours shall constitute a night shift. One-half (1/2) hour meal period on the premises within eight (8) hours shall be allowed any employee working a night shift. No deductions shall be made for such meal allowance.

(b)    No shift shall have a starting time after 12:00 midnight and before 6:00AM.

## WORK SCHEDULE

Section 23. A weekly schedule shall be posted containing each regular employee's starting and quitting time, work days, days off, dates and times of payment, which shall not be changed by the Employer without thirty-six (36)

hours' previous notice to the employees affected. The union and the employer agree that there are no minimum staff requirements.

## OVERTIME

Section 24. (a)  For any work in excess of a day's work, or for any work in excess of a short shift, or for any work in excess of a week's work, or for any work performed on an employee's day off, or on holidays, overtime at the rate of time and one half shall be paid. Double time shall be paid for all hours worked in excess of twelve (12) hours in any one (1) workday, and for all hours worked on the seventh consecutive day of work. Any employee working on a holiday listed in Section 28 shall be paid overtime, at the rate of time and one half, in addition to a day's pay for the holiday. All overtime shall be computed on a basis of cash enumeration at time and one half, or double, the employee's regular rate of pay.

(b)  If an employee is required to work overtime consecutive with his day's work, such employee shall be paid for not less than one (1) hour at the overtime rate or the time actually worked at the overtime rate, whichever is the greater. Should an employee be called back to work by the Employer at the completion of his day's work, his week's work, or his regular days off or on holidays, he shall be paid for not less than four (4) hours at the overtime rate or the time actually worked at the overtime rate, whichever is the greater.

(c)  Overtime shall be assigned on the basis of seniority by shift.

(d)  Notwithstanding the provisions of Section 24(b) and 25(a) of this Agreement, should an employee be required to work on Thanksgiving Day, Christmas Day or New Year's Day, such employee shall be paid for not less than eight (8) hours at the overtime rate or the time actually worked at the overtime rate, whichever is greater.

## MINIMUM CALL

Section 25. (a) Notice that the services of an employee will not be required on any given day shall be given to him/her not later than the termination of the employee's shift on the preceding day. If such notice be not so given and such employee shall report for work, they shall be entitled to and shall be paid a sum of money equal to four (4) hours' wages, provided, however an employee working thirty-two (32) hours or more per week shall be entitled to the full monthly or weekly wages as the case may be, as provided for in Attachments I, II and III of this Agreement.

(b)  When an Employer or his/her representative requests a person to report for work and said person does so report at the time specified but is not put to work, the Employer shall pay said person one (1) full day's wages. This rule

shall not apply when the Employer wishes to fill a vacancy by interviewing applicants for the job.

## LUNCH AND REST PERIODS

Section 26. (a) All employees (except as provided under Section 22 - Night Shift) shall be relieved from their duties for their lunch period and provided further that such lunch periods shall not be set by the Employer sooner than three and one half (3 1/2) hours following the commencement of their shift, not later than four and one-half (4 1/2) hours following the commencement of their shift.

(b) On or about the middle of each half shift, all Employees shall receive one fifteen (15) minute break. No deduction shall be made for such rest period. Such break shall not interrupt on going services.

## VACATIONS

Section 27. (a) All employees shall be entitled to at least two (2) week's vacation with pay once each year, provided that such employee shall have been in the service of the Employer continuously for not less than one (1) year at the time vacation is granted. All vacation requests must be asked for thirty (30) days prior to commencement except in cases of emergency.

(b) All employees who have been in the service of the Employer continuously for five (5) years or more shall be entitled to three (3) weeks' vacation with pay once each year.

(c) All employees who have been in the service of the Employer continuously for ten (10) years or more shall be entitled to four (4) weeks' vacation with pay once each year.

(d) All employees who have been in the service of the Employer continuously for twenty-five (25) years or more shall be entitled to five (5) weeks' vacation with pay once each year.

(e) Any employee whose employment terminates after six (6) months or more of service shall be given prorated vacation pay.

(f) Vacations shall be granted by the employer for the full calendar year. Vacation choices shall be determined by seniority, commensurate with prevailing workloads.

(g) Absence from service of not more than sixty (60) calendar days because of illness, temporary layoff or leave of absence shall not interrupt the continuity of employment for the purpose of this section. In the event of such an

absence of more than sixty (60) calendar days, the pay for the vacation period shall be prorated on the basis of actual weeks worked.

(h)   In the event of a change of contractors, the former contractor shall be obligated to provide his/her prorata of vacation or vacation pay and the new contractor shall likewise provide his/her prorata vacation or vacation pay for the current year but shall not be required to assume any further obligation arising prior to said change of contractors. The service record of employees for the purpose of vacations shall not be broken by reason of change of contractors of a building covered by this Agreement.

(I)   Severance of employment relations shall not disentitle an employee to vacation with pay when he is entitled thereto under this Agreement.

(j)   Any employee receiving vacation with pay in excess of those contained in this Agreement shall not have such vacation privilege reduced.

(k)   All employees shall, upon their request, receive their full vacation pay prior to going on vacation, at the rate in effect at the time vacation is taken.

(l)   All employees shall be entitled to their full vacation period without interruption. Any employee called back to work prior to the completion of his or her vacation shall receive time and one-half his/her regular rate of pay in addition to his/her vacation pay for the time he/she is required to work during his/her vacation.

(m)   In the event that any of the holidays named herein occur during an employee's vacation period, such employee shall be entitled to take an additional day's vacation for such holiday with pay or an additional day's pay in lieu thereof, at the option of the Employer.

## HOLIDAYS

Section 28. The following days shall be observed as holidays: New Year's Day, Martin Luther King's Birthday, President's Day, Memorial Day, Independence Day, Labor Day, Veteran's Day, Thanksgiving Day, the day after Thanksgiving, Christmas Day, and the individual employee's birthday. If a holiday falls on a Sunday, it shall be observed on the following Monday. No deduction shall be made form the monthly pay on account of any of the above holidays. It is understood that on holidays, the Employer shall be permitted to designate the employees to be off, if he/she desires a skeleton crew to remain on the premises. Employees shall be rotated so that equal opportunity to enjoy holidays shall prevail. An employee whose regular day off falls on a holiday shall be granted an additional day off during the ensuing fourteen (14) days or he/she shall receive pay in lieu thereof at the employee's regular rate of pay. In the event an employee's

shift falls within two calendar days, the holiday observance shall be on the shift in which the majority of hours are scheduled.

## LEAVES OF ABSENCE

Section 29. Leaves of absence of reasonable periods shall be granted by the Employer for reasons of bonafide illness or other reasons mutually agreed to by the Employer and the employee. Such leaves of absence shall be without pay except as hereinafter provided. Such leaves of absence shall not affect the employee's rights under this Agreement. The Union shall be so notified in writing of said leave of absence. Employees with at least two (2) years of continuous service shall, not more often than once every three (3) years, be entitled to take up to two (2) additional weeks of leave without pay immediately following their regular vacation period, provided they request such unpaid leave at least thirty (30) days prior to the start of their regular vacation period.

## SICK LEAVE

Section 30. (a) In the case of a bonafide illness or injury an employee shall be entitled to twelve (12) days' sick leave with pay each year. Sick leave shall be accumulative on the basis of one (1) day's sick leave for each month an employee has been in the employ of the Employer, not to exceed twelve (12) days for any one employment year. Unused sick leave shall accumulate to a maximum of thirty (30) days. The Employer may request a doctor's certificate if the sick leave extends beyond three (3) working days, or if the Employer has reasonable doubt as to the validity of the employee's illness.

(b) Once an employee has accumulated the maximum of thirty (30) days he/she is eligible for an annual cash payout of 25% of his sick leave above 30 days up to a maximum of 2 paid days. Said payout is payable the first pay period in January of each year.

(c) In the cases where an employee is eligible to receive disability insurance benefit payments either under the California Unemployment Insurance Code or comparable voluntary disability insurance plan, the employee shall apply for and receive his full disability benefit payment; provided that the sum of such disability benefit payment plus sick leave pay shall equal but not exceed the employee's regular rate of pay. In applying this provision, the Employer shall pay its portion of the amount due the employee for each of the day's remaining of the employee's full disability benefit payment, shall equal the employee's regular rate of pay.

(d) The same method of integration shall apply in cases of worker's compensation insurance benefits.

## WELFARE FUND

Section 31. (a) WELFARE FUND. For the purpose of establishing and maintaining hospitalization, medical and surgical care, dental, vision care, and group life insurance programs, the Employer shall contribute to the Apartment Employees Welfare Fund the following sums foe each straight time hour worked by the employees covered by this Agreement:

Effective January 1, 1996......................................$2.155

Before the tenth day of each month the Employer shall make irrevocably the required payments for the preceding calendar month, and such payments shall be made on behalf of each employee who has worked seventy (70) or more straight-time hours for said Employer during the preceding calendar month.

The Welfare Fund shall be administered under and by virtue of that certain Agreement and Declaration of Trust between Apartment Employers Council of San Francisco and Service Employees Union Local 14. The Employer hereby accepts the terms of said Agreement and Declaration of Trust and agrees to be bound by all of the provisions thereof as amended, and hereby acknowledges prior receipt of a copy thereof. The level of benefits existing as of January 1, 1996 shall be maintained for the life of this Agreement. If the carrier raises premium to the Welfare Fund for the same benefits mentioned above, and if the Trustees determine that an increase in employer contribution is necessary to maintain said benefits, the Employer shall pay such increase as certified.

(b) PENSION TRUST. For the purpose of establishing and maintaining a pension plan, the Employer shall contribute to the Apartment Employees Pension Trust the following sums for each straight-time hour worked by employees covered by this Agreement:

Effective January 1, 1996...............................................$.70.
Effective January 1, 1997...............................................$.75
Effective January 1, 1998...............................................$.75
Effective January 1, 1999...............................................$.90
Effective January 1, 2000...............................................$1.00
Effective January 1, 2001...............................................$1.00

(c)   Regulations applicable to the Welfare Fund, Pension Trust Fund:

(1)   Paid vacation, holidays and sick leave are considered

as hours worked in computing contributions.

(2) If an employee is absent from work because of a bonafide illness or injury, contributions shall be made on his behalf by the Employer during such absence for a period not less than three (3) months. No employer shall be required to make contributions in excess of three months during any calendar year during such absence unless the so elects.

(3) The service record of employees for the purpose of eligibility for welfare benefits and the requirements that an Employer make contributions on their behalf as provided, shall not be broken by reason of change of ownership of a building covered by this Agreement or a subsequent Agreement.

## FUNERAL LEAVE

Section 32. In the event of a death in the immediate family of an employee, he/she shall, upon request be granted such time off with pay as is necessary to make arrangement for the funeral and attend same, not to exceed five (5) regularly scheduled working days. This provision does not apply if the death occurs during the employee's paid vacation, or while the employee is on leave of absence, layoff or sick leave. For the purpose of this provision, the immediate family shall be restricted to father, mother, brother, sister, spouse, child, mother-in-law, and father-in-law. At the request of the Employer, the employee shall furnish a death certificate and proof of relationship. Funeral leave applies only in instances in which the employee attends the funeral, or is required to make funeral arrangements but not applicable for other purposes such a settling the estate of the deceased.

## JURY DUTY

Section 33. An employee who is summoned and who reports for jury service shall be paid the difference between his regular day's pay and any amount of jury pay received annually. At the request of the employer the employee shall furnish a certificate of jury service.

## STRIKES AND LOCKOUTS

Section 34. There shall be no strikes or lock-outs during the life of this Agreement except in such cases where the Employer or the Union refuses or fails to accept and effect the decision of the Adjustment Board; and provide further, the observance of a bonafide picket line of another labor organization (sanctioned

by the San Francisco Labor Council) by an individual member of the Union shall not constitute a breach of this Agreement.

## ADJUSTMENT BOARD

Section 35. (a) Any and all disputes and grievances of an Employer, employee or the Union that may arise with reference to the provisions of this Agreement or the enforcement thereof which cannot be settled directly by the Employer and the Union within two (2) business days, shall be referred to a Board of Adjustment upon the written request of either party. The Board of Adjustment shall consist of two (2) representatives of the Union and two (2) representatives of the Employer and shall meet within two (2) business days of such notification or request.

(b) Matters of dispute or grievance as hereinabove provided must be taken up with the Employer or with the Union, as the case may be, within thirty (30) days (except as provided for discharges under Section 4(b) of this Agreement) of the occurrence of the alleged dispute or grievance.

(c) In the event that any matter submitted to the Board of Adjustment cannot be settled within five (5) business days, the issue in dispute shall be submitted for disposition to an impartial arbitrator, the impartial arbitrator shall be selected by agreement between the parties. Any decision made by a majority of the Adjustment Board or the impartial arbitrator shall be final and binding upon both parties. Any expense as a result of the arbitration shall be borne one-half by the Union and one-half by the Employer. Neither the Adjustment Board nor the impartial arbitrator shall have the authority to negotiate, alter or change this Agreement.

## UNION/MANAGEMENT RIGHTS

Section 36. (a) The right to hire, schedule, and discharge and to maintain discipline of employees is the responsibility of the Employer. If the Union believes an employee has been discriminated against or has been unjustly discharged, the Union may take the matter up under the grievance and arbitration procedures as set forth above in this Agreement.

(b) It is agreed that except as specifically stated in this Agreement, all of the rights, powers and authority that the employer has prior to the signing of this Agreement are retained by the Employer and remain the exclusive right of the employer without limitation.

(c) The Employer may adopt rules and regulations not in conflict with this Agreement. Employees shall be subject to such rules and regulations and

violations shall be considered just cause for disciplinary action, including discharge.

(d) The Union shall cooperate with the Employer and with each employee in carrying out all pertinent rules and regulations dealing with health safety and welfare of employees promulgated by the Department of Industrial Relations of the State of California and all other applicable agencies, local, state and federal. Employer and employees shall execute their jobs in a manner to promote safety and efficient operation of all duties.

## TERM OF AGREEMENT

Section 37. This Agreement shall become effective as of the first day of January, 1996 and shall continue in full force and effect until September 30, 2001. If neither party serves written notice of its desire to terminate, change or modify this Agreement sixty (60) days prior to the date of expiration it shall be renewed for the succeeding year to year thereafter in like manner.

ABLE BUILDING
   MAINTENANCE CO.

_____
Paul Boschetto
President

SERVICE EMPLOYEES
   UNION, LOCAL # 14

_____
Gregory Lim
President
Business Manager

_____
Charles Gilchirst
Vice President
Business Representative

_____
Timothy West
Recording Secretary
Business Representative

## ATTACHMENT I

## MINIMUM RATES OF PAY

## JANITORS

|  | Hourly | Daily | Overtime |
|---|---|---|---|
| Effective January 1, 1996 | $12.065 | $96.52 | $18.10 |
| Effective January 1, 1997: | $12.515 | $101.12 | $18.7725 |
| Effective January 1, 1998 | $12.965 | $103.72 | $19.4475 |
| Effective January 1, 1999 | $13.365 | $106.92 | $20.048 |
| Effective January 1, 2000 | $13.865 | $110.92 | $20.798 |
| Effective January 1, 2001 | $14.415 | $115.32 | $21.623 |

** A fifty cent ($.50) per hour premium shall be paid to employees working between the hours of 6:00PM-6:00AM

ATTACHMENT II

MINIMUM RATES OF PAY

DOOR ATTENDANTS

|  | Hourly | Daily | Overtime |
|---|---|---|---|
| Effective January 1, 1996 | $11.98 | $95.84 | $17.97 |
| Effective January 1, 1997 | $12.43 | $99.44 | $18.645 |
| Effective January 1, 1998 | $12.88 | $103.04 | $19.32 |
| Effective January 1, 1999 | $13.28 | $106.24 | $19.92 |
| Effective January 1, 2000 | $13.78 | $110.24 | $20.67 |
| Effective January 1, 2001 | $14.33 | $114.64 | $21.495 |

** A fifty cent ($.50) per hour premium shall be paid to employees working between the hours of 6:00PM-6:00AM.

## ATTACHMENT III

## MINIMUM RATES OF PAY

## GROUNDSKEEPERS

|  | *Hourly* | *Daily* | *Overtime* |
|---|---|---|---|
| Effective January 1, 1996: | $12.165 | $97.32 | $18.248 |
| Effective January 1, 1997: | $12.615 | $100.92 | $18.9225 |
| Effective January 1, 1998: | $13.065 | $104.52 | $19.5975 |
| Effective January 1, 1999: | $13.465 | $107.72 | $20.198 |
| Effective January 1, 2000: | $13.965 | $111.72 | $20.948 |
| Effective January 1, 2001: | $14.515 | $116.12 | $21.773 |

** A fifty cent ($.50) per hour premium shall be paid to employees working between the hours of 6:00 PM-6:00AM.