POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Linelle S Mogado, 236489
WEINBERG, ROGER, & ROSENFELD
1001 Marina Village Parkway Suite 200
Alameda, CA 94501-1091
TELEPHONE NO.: (510) 337-1001
ATTORNEY FOR *(Name):* Plaintiff

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF/PETITIONER: Charles Gilchrist, et al.

DEFENDANT/RESPONDENT: Able Building Maintenance Co.

CASE NUMBER:
CV 07 5802 SC

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
SERT14P-116461

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Notice of Availability, U.S. District Court Handout, U.S. District Court Local Rules, Order Setting Initial Case Management Conference

3. a. Party served: Able Building Maintenance Co., a California corporation

   b. Person Served: Kevin Killian - Person authorized to accept service of process

4. Address where the party was served: 868 Folsome Street
   San Francisco, CA 94107

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* November 26, 2007    (2) at *(time):*  3:12 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Able Building Maintenance Co., a California corporation

   under:        CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:          Chris Beale
   b. Address:       One Legal, Inc. - 132-Marin
                     504 Redwood Blvd #223
                     Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was:  $ 75.00
   e. I am:
      (3)  registered California process server.
         (i)  Employee or independent contractor.
         (ii) Registration No. 1020
         (iii) County ALAMEDA

RECEIVED
DEC 05 2007
W R & R

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date:  December 3, 2007

Chris Beale
*(NAME OF PERSON WHO SERVED PAPERS)*

*Chris Beale*
*(SIGNATURE)*

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10

FF# 6652092