1  CHRISTIAN L. RAISNER, Bar No. 133839
   ANDREA LAIACONA, Bar No. 208742
2  LINELLE S. MOGADO, Bar No. 236489
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone: 510.337.1001
5  Facsimile: 510.337.1023
   E-mail: courtnotices@unioncounsel.net
6
   Attorneys for Plaintiffs
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       (SAN FRANCISCO DIVISION)

11  CHARLES GILCHRIST AND MATTHEW B.   )  No.   CV 07-5802-SC
    HALLINAN, in their capacities as Trustees of )
12  APARTMENT EMPLOYEES PENSION        )  **NOTICE OF SETTLEMENT**
    TRUST and APARTMENT EMPLOYEES      )
13  WELFARE FUND,                      )
                                       )
14              Plaintiffs,            )
                                       )
15       v.                            )
                                       )
16  ABLE BUILDING MAINTENANCE CO., a   )
    California Corporation,            )
17                                     )
                Defendant.              )
18

19       The Parties, by and through their counsel of record, have reached a settlement in the above-

20  captioned case. The Parties are in the process of finalizing the settlement documents and anticipate

21  that a dismissal will be filed by February 29, 2008.

22  Dated: February 15, 2008          WEINBERG, ROGER & ROSENFELD
                                      A Professional Corporation
23
24                                    By: _____
                                          CHRISTIAN L. RAISNER
25                                        ANDREA LAIACONA
                                          LINELLE S. MOGADO
26                                        Attorneys for Plaintiffs

27  116461/484225

28

NOTICE OF SETTLEMENT                                              Case No. CV 07-5802-SC

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On February 15, 2008, I served upon the following parties in this action:

Kenneth D. Simoncini, Esq.  Counsel for Defendant
Kerri A. Johnson, Esq.  ABLE BUILDING MAINTENANCE CO.
Simoncini & Associates
1694 The Alameda
San Jose, CA 95126
Telephone: (408) 280-1330
Facsimile: (408) 280-7711

copies of the document(s) described as:

**NOTICE OF SETTLEMENT**

[X] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ] **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on February 15, 2008.

J/L. ARANDA

PROOF OF SERVICE

Case No. CV 07-5802-SC