1  CHRISTIAN L. RAISNER, Bar No. 133839
   ANDREA LAIACONA, Bar No. 208742
2  LINELLE S. MOGADO, Bar No. 236489
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone: 510.337.1001
5  Facsimile:  510.337.1023
   E-mail:  courtnotices@unioncounsel.net
6
   Attorneys for Plaintiffs
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       (SAN FRANCISCO DIVISION)

11

12  CHARLES GILCHRIST AND MATTHEW B.  ) No.  CV 07-5802-SC
    HALLINAN, in their capacities as Trustees of  )
13  APARTMENT EMPLOYEES PENSION       ) **PLAINTIFFS' CASE MANAGEMENT**
    TRUST and APARTMENT EMPLOYEES     ) **STATEMENT**
14  WELFARE FUND,                     )
                                      ) DATE:      April 4, 2008
15          Plaintiffs,               ) TIME:      10:00 a.m.
                                      ) COURTRM:   8, 19th Floor
16       v.                           )
                                      )
17  ABLE BUILDING MAINTENANCE CO., a  )
    California Corporation,           )
18                                    )
            Defendant.                )
19  _____    )

20       Plaintiffs, through counsel, hereby submit the following statement:

21                    **I.    STATUS OF THE CASE**

22       Plaintiffs Charles Gilchrist and Matthew B. Hallinan, in their capacities as Trustees Of

23  Apartment Employees Pension Trust Fund, and Apartment Employees Welfare Fund ("Plaintiffs")

24  filed the above-referenced case on November 15, 2007. *See* Docket No. 1. Defendant was timely

25  served with the complaint on November 26, 2007. Defendants filed their answer to the complaint

26  on December 14, 2007. *See* Docket No. 3. On February 15, 2008, Plaintiffs filed a Notice of

27  Settlement. *See* Docket No. 9.

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT
Case No. CV 07-5802-SC

1   The Parties anticipate filing a Joint Stipulation and a Proposed Order for Dismissal of this
2   case shortly.
3   In light of the settlement of this case, Plaintiffs hereby request that the Court continue the
4   Case Management Conference for sixty (60) days.
5   Dated: March 14, 2008

                    WEINBERG, ROGER & ROSENFELD
                    A Professional Corporation

                    By:  /s/ Linelle S. Mogado
                         CHRISTIAN L. RAISNER
                         ANDREA LAIACONA
                         LINELLE S. MOGADO
                         Attorneys for Plaintiffs

116461/487287

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT
Case No. CV 07-5802-SC

# **PROOF OF SERVICE**

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On March 14, 2008, I served upon the following parties in this action:

| | |
|---|---|
| Kenneth D. Simoncini, Esq.<br>Kerri A. Johnson, Esq.<br>Simoncini & Associates<br>1694 The Alameda<br>San Jose, CA  95126<br>Telephone:  (408) 280-1330<br>Facsimile:  (408) 280-7711 | Counsel for Defendant<br>ABLE BUILDING MAINTENANCE CO. |

copies of the document(s) described as:

**CASE MANAGEMENT CONFERENCE STATEMENT**

**[X]**   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]**   **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]**   **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]**   **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct.  Executed at Alameda, California, on March 14, 2008.

/s/ J. L. Aranda
J.L. Aranda

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 3 -

PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT
Case No. CV 07-5802-SC