UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-5802          SAMUEL CONTI          DATE 6/13/08
Case Number        Judge

Title: CHARLES GILCHRIST, et al.   vs ABLE BUILDING MAINTENANCE

Attorneys: ANDREA LAIACONA          ANGELA OMPOC

Deputy Clerk: T. De Martini    Court Reporter: Debra Pas

Court  Pltf's  Deft's
(XXX)  ( )    ( )    1. Status Conference - Held

( )    ( )    ( )    2.

( )    ( )    ( )    3.

( )    ( )    ( )    4.

( )    ( )    ( )    5.

( )Motion(s): ( )Granted ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to _____ for Pretrial Conference

Case Continued to _____ for Court/Jury Trial

Case Continued to 7/25/08 @ 10:00 A.M. for Further Status Conference

Case Continued to _____ for _____

ORDERED AFTER HEARING: The parties hope to have this case settled prior to the next status conference.

cc: