KENNETH D. SIMONCINI, ESQ. (#145586)
KERRI A. JOHNSON, ESQ. (#138344)
SIMONCINI & ASSOCIATES
Attorneys At Law
1694 The Alameda
San Jose, CA 95126-2219
Telephone: (408) 280-7711
Facsimile: (408) 280-1330

Attorneys for Defendant ABLE BUILDING MAINTENANCE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| CHARLES GILCHRIST and MATTHEW B. HALLINAN, in their capacities as Trustees of APARTMENT EMPLOYEES PENSION TRUST and APARTMENT EMPLOYEES WELFARE FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>ABLE BUILDING MAINTENANCE CO., a California corporation<br><br>Defendant | Case No.: CV 07 5802 SC<br><br>**STIPULATION FOR DISMISSAL [FRCP 41(a)(1)]** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that the above-captioned matter be and hereby is dismissed, with prejudice, each side to bear their own costs and fees.

DATED: June 30, 2008

                                                                        **WEINBERG, ROGER & ROSENFELD**

By: _/s/ Andrew Laiacona_
A. Linelle S. Mogado, Esq.
Attorneys for Plaintiffs
Charles Gilchrist, Matthew B. Hallinan as Trustees of Apartment Employees Pension Trust and Apartment Employees Trust Fund

1

DATED: June 13, 2008           SIMONCINI & ASSOCIATES

                        By: _____
                            Kenneth D. Simoncini, Esq.
                            Kerri A. Johnson, Esq.
                            Attorney for Defendant
                            ABLE BUILDING
                            MAINTENANCE CO.

---

2

STIPULATION FOR DISMISSAL
Action No. CV 07 5802 SC