KENNETH D. SIMONCINI, ESQ. (#145586)
KERRI A. JOHNSON, ESQ. (#138344)
SIMONCINI & ASSOCIATES
Attorneys At Law
1694 The Alameda
San Jose, CA 95126-2219
Telephone:  (408) 280-7711
Facsimile:   (408) 280-1330

Attorneys for Defendant ABLE BUILDING MAINTENANCE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| CHARLES GILCHRIST and MATTHEW B. HALLINAN, in their capacities as Trustees of APARTMENT EMPLOYEES PENSION TRUST and APARTMENT EMPLOYEES WELFARE FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>ABLE BUILDING MAINTENANCE CO., a California corporation<br><br>Defendant | Case No.:  CV 07 5802 SC<br><br>**STIPULATION FOR DISMISSAL [FRCP 41(a)(1)]** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that the above-captioned matter be and hereby is dismissed, with prejudice, each side to bear their own costs and fees.

DATED: June 30, 2008

WEINBERG, ROGER & ROSENFELD

By: _____
A. Linelle S. Mogado, Esq.
Attorneys for Plaintiffs
Charles Gilchrist, Matthew B. Hallinan as Trustees of Apartment Employees Pension Trust and Apartment Employees Trust Fund

[Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

1

STIPULATION FOR DISMISSAL
Action No. CV 07 5802 SC

1
2  DATED: June 13, 2008                               **SIMONCINI & ASSOCIATES**
3
                                              By: _____
4                                                  Kenneth D. Simoncini, Esq.
                                                   Kerri A. Johnson, Esq.
5                                                  Attorney for Defendant
                                                   ABLE BUILDING
6                                                  MAINTENANCE CO.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

2